1 EILEEN M. DECKER
2 United States Attorney
LEON W. WEIDMAN
3 Assistant United States Attorney
4 Chief, Civil Division
Carolyn Chen, CSBN 256628
5 Special Assistant United States Attorney
6     Social Security Administration
7     160 Spear Street, Suite 800
    San Francisco, CA  94105
8     Telephone: (415) 977-8956
9     Facsimile: (415) 744-0134
    Email: Carolyn.Chen@ssa.gov
10 Attorneys for Defendant
11
12                 UNITED STATES DISTRICT COURT
13                 CENTRAL DISTRICT OF CALIFORNIA
14
15                       WESTERN DIVISION

| | |
|---|---|
| 16  LUIS GUEVARA, | ) 2:15-cv-04648-PLA _____ |
| 17 | ) |
|      Plaintiff, | ) JUDGMENT OF REMAND |
| 18 | ) |
|         v. | ) |
| 19 | ) |
| 20  CAROLYN W. COLVIN, | ) |
|    Acting Commissioner of Social | ) |
| 21  Security, | ) |
| 22 | ) |
|      Defendant. | ) |
| 23 | |

24
25      The Court having approved the parties' Stipulation to Voluntary Remand
26 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
27 ("Stipulation") lodged concurrent with the lodging of the within Judgment of
28 Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

1  above-captioned action is remanded to the Commissioner of Social Security for
2  further proceedings consistent with the Stipulation.
3
4  DATED: November 17, 2015
5                                               HON. PAUL L. ABRAMS
6                                               UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28